

United States District Court
Eastern District of California



JUN 0 6 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

TAMI RENEE FLOWERS,

Plaintiff(s)

Case Number: 1:22-cv-00652-BAK

V.

COMMISSIONER OF SOCIAL SECURITY,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Daniel H. Fishman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Tammy Renee Flowers

On  09/12/2016  (date), I was admitted to practice and presently in good standing in the Supreme Court of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Erram v. Commissioner of Social Security, 2:21-cv-02368-EFB, 03/21/22, approved

Date:  06/06/2022        Signature of Applicant: /s/ Daniel H. Fishman

**Pro Hac Vice Attorney**

Applicant's Name: Daniel H. Fishman

Law Firm Name: Chermol & Fishman, LLC

Address: 11450 Bustleton Avenue

City: Philadelphia   State: PA   Zip: 19116-2809

Phone Number w/Area Code: (215) 464-7200

City and State of Residence: 217 51st Ave, Unit 913, Long Island City NY

Primary E-mail Address: dan@ssihelp.us

Secondary E-mail Address: fdc@ssihelp.us

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Melissa Markos Nyman, Esquire

Law Firm Name: Nyman Turkish

Address: 3009 Douglas Blvd, Suite 200

City: Roseville   State: CA   Zip: 95661

Phone Number w/Area Code: (855) 463-2149   Bar #: CA 293207

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/6/22

_____
JUDGE, U.S. DISTRICT COURT



*Appellate Division of the Supreme Court of the State of New York First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Daniel Hersh Fishman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 12, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 2, 2022.

Clerk of the Court

CertID-00055931



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

      An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

      An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on <u>the website of the Unified Court System</u>.

      New York State does not register attorneys as active or inactive.

      An attorney may request a disciplinary history letter from the <u>Attorney Grievance Committee of the First Judicial Department</u>.

      Bar examination history is available from the <u>New York State Board of Law Examiners</u>.

      Instructions, forms and links are available on <u>this Court's website</u>.

*[signature]*
Susanna Rojas
Clerk of the Court

Revised October 2020